# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LUIS JAIMEZ-GOMEZ (1),<br><br>    Defendant. | Case No. 23-cr-1689-JO<br><br>Booking No. 35517-408<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information (Dkt. 44) in the above-entitled case against defendant Jose Luis Jaimez-Gomez. The defendant is hereby discharged.

IT IS SO ORDERED AND ADJUDGED.

DATED: 1/10/24

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

-1-